1  AARON D. FORD
   Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
   Senior Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1150
   E-mail: drands@ag.nv.gov
6
   *Attorneys for Defendants*
7  *Tara Carpenter and Russelle Donnelly*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBALL D. BRANIGAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ARANAS, et al.,<br><br>　　　　　Defendants | Case No. 3:18-cv-00024-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Kimball D. Branigan, in pro per, and Defendants, Tara Carpenter and Russelle A. Donnelly, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///

///

///

///

///

///

///

///

///

///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

DATED this _26_ day of August, 2019.  DATED this _29_ day of August, 2019

AARON D. FORD
Attorney General

By: _____  By: _____
KIMBALL D. BRANIGAN                       DOUGLAS R. RANDS
*Plaintiff, Pro Se*                       Senior Deputy Attorney General
                                          State of Nevada
                                          Public Safety Division

*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this _29th_ day of _August_, 2019.

_____
U.S. DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 29th day of August, 2019, I caused to be deposited for mailing in the U.S. Mail a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Kimball Branigan, #80481
Warm Springs Correctional Center
P.O. Box 7007
Carson City, NV 89702

/s/ Laurie Penny
An employee of the
Office of the Attorney General